UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAJWA GHANI,

Plaintiff,

-against-

NEW YORK CITY HEALTH HOSPITALS CORPORATION and LAURA DAMYARD in their individual and professional capacities,

Defendants.

Case No. 1:26-cv-03528 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Complaint in this action was filed on April 28, 2026. On July 28, 2026, the Court ordered Plaintiff to show good cause in writing why service of the summons and Complaint was not made within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure — or, if Plaintiff believed service had been made, to demonstrate when and in what manner service *was* made within the 90 days. *See* Dkt. 11. The Court notified Plaintiff that if Plaintiff did not show good cause — or file anything — by August 7, 2026, the Court would dismiss the Complaint. *Id.* at 1. Plaintiff did not file anything by that deadline.

Accordingly, the Complaint is DISMISSED without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Any pending motions are moot. All conferences are canceled.

The Clerk of Court is respectfully directed to CLOSE the case.

Dated: August 10, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge